In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 23-13531

---

ROY STEWART MOORE,

*Plaintiff-Appellee,*

*versus*

GUY CECIL, et al.,

*Defendants,*

SENATE MAJORITY PAC,
"SMP",

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 4:19-cv-01855-CLM

---

ORDER:

The motion of Appellee Roy Stewart Moore to stay the issuance of the mandate pending a petition for writ of certiorari is DENIED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION